**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEROMY BRYAN SAMPLE,<br><br>Plaintiff<br><br>v.<br><br>TONY R. LANEY and AARON D. FORD,<br><br>Defendants | Case No.: 2:26-cv-02267-APG-EJY<br><br>**Order Setting Hearing on Emergency Motion for Temporary Restraining Order**<br><br>[ECF No. 4] |

Jeromy Sample filed an emergency motion for a temporary restraining order (TRO) against Nevada Department of Motor Vehicles (DMV) Director Tonya Laney and Nevada Attorney General Aaron Ford in their official capacities. He contends that the Nevada DMV violated his due process rights by suspending his commercial driver's license (CDL) without adequate notice and an opportunity to be heard, so he seeks an injunction requiring them to cease reporting his CDL as "suspended." He requests emergency relief before a September 8, 2026 deadline by which he must reinstate his CDL or face the possibility of having to retake skills tests and incur more fees.

Although Sample's complaint has not yet been screened, in light of the upcoming September 8 deadline, I will order that the Nevada Attorney General be added as an interested party solely for the purpose of responding to the TRO motion. By responding to the merits of Sample's motion, the defendants do not waive any objections or arguments they may have on procedural grounds, including failure to serve the complaint.

I THEREFORE ORDER the clerk of the court to electronically serve a copy of this order, a copy of the complaint (ECF No. 1-1), and a copy of Sample's motion for temporary restraining order (ECF No. 4) on the Office of the Attorney General of the State of Nevada, by adding the

Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

I FURTHER ORDER that by **August 28, 2026**, the Nevada Attorney General's Office (1) must advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the TRO motion and (2) file a substantive response to Sample's TRO motion.

I FURTHER ORDER that the emergency motion for temporary restraining order (ECF No. 4) is set for hearing on **Tuesday, September 1, 2022 at 11:00 a.m. (PDT) in Las Vegas Courtroom 6C.**

DATED this 19th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE